# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EMILIO COTA-ORTIZ (1), <br><br> Defendant. | Criminal Case No. 10CR2797-H <br><br> JUDGMENT AND ORDER OF DISMISSAL |

GOOD CAUSE APPEARING and upon the motion of the Government, IT IS HEREBY ORDERED that the Indictment in the above entitled case against defendant Emilio Cota-Ortiz is **dismissed without prejudice** solely for reasons related to the mental condition of the defendant. The defendant is hereby discharged.

IT IS SO ORDERED.

DATED: January 25, 2012

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

10CR2797-H